In the Matter of SIDNEY GONDELMAN, an Attorney, Appellant.

BROOKLYN BAR ASSOCIATION, Respondent.

Argued November 25, 1940; decided March 6, 1941.

*Frederick Evan Crane, Charles H. Kelby* and *Harold L. Turk* for appellant.

*Charles J. Buchner* and *Charles Goodwin* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH and LEWIS, JJ. Dissenting: RIPPEY, J. Taking no part: CONWAY and DESMOND, JJ.